UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:

GODBOUT, MARCI K.,

Debtors.

NO. 18-02564-FPC7

ORDER ON MOTION TO ASSUME LEASE OF NISSAN INFINITY

The above-referenced debtor by and through their attorney, Gregory R. Heline, moved the Court for an Order allowing the debtor and the trustee to assume the lease of Nissan Infinity for the 2017 Nissan Rogue..

It is hereby ORDERED, ADJUDGED AND DECREED that the above referenced debtor and the trustee assume the above-referenced lease of Nissan Infinity.

Presented by:

/s/ Gregory R. Heline
GREGORY R. HELINE
Attorney for Debtors

GREGORY R. HELINE & ASSOCIATES
LAW OFFICE
1903 N. ASH STREET
SPOKANE, WASHINGTON 99205
(509) 326-4910
FAX (509) 326-7525